UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COREY JOHN CHRISTENSEN,   Civil No. 05-2468 (MJD/JJG)

Petitioner,

v.   **ORDER**

TERRY CARLSON, et al.,

Respondents.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

This action is summarily **DISMISSED WITHOUT PREJUDICE**.

Dated: January 6, 2006

s/ Michael J. Davis
MICHAEL J. DAVIS
Judge, U.S. District Court